## Commonwealth *v.* Nicewonger, Appellant.

Submitted April 13, 1970. *James W. Mack, Jr.,* for appellant; *W. Thomas Malcolm,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended post-conviction petition.

WRIGHT, P. J., dissents.

## Commonwealth *v.* Reno, Appellant.

Submitted April 13, 1970. *Richard E. Davis,* Assistant Public Defender, for appellant; *James C. Tosh,* Assistant District Attorney, and *John G. Good, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Ribblett, Appellant.

Submitted April 13, 1970. *Thomas A. Young,* Public Defender, for appellant; *Blair V. Pawlowski,* Assistant District Attorney, and *Ferdinand F. Bionaz,* District Attorney, for Commonwealth, appellee.

Order affirmed.